# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2015

Robert P. Young, Jr.,
Chief Justice

149259(83)(86)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

           SC: 149259
           COA: 314342
           Wayne CC: 12-005176-FC

BRANDON LEWIS CAIN,
      Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of the defendant-appellee to extend the time to file his brief on appeal with an amended page 1 is GRANTED. The brief submitted on January 5, 2015, is accepted for filing. On further order of the Chief Justice, the motion of the Deputy Solicitor General of the Department of Attorney General to participate in oral argument by sharing ten minutes of the Wayne County Prosecutor's allotted time for argument is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2015

